UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| COURTNEY MALONE, | : | Case No. 1:16-cv-1004 |
| | : | |
| Plaintiff, | : | |
| vs. | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 16)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 12, 2017, submitted a Report and Recommendation. (Doc. 16). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

1

Accordingly, **IT IS ORDERED** that:

1) The Commissioner's decision to deny Plaintiff disability insurance benefits is **REVERSED**;

2) This matter is remanded under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the findings of the Report and Recommendation (Doc. 16);

3) As no further matters remain pending for this Court's review, the Clerk shall enter judgment accordingly whereupon this case shall be **CLOSED** in this Court.

**IT IS SO ORDERED**.

Date: March 28, 2018

Timothy S. Black
United States District Judge