UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| COURTNEY MALONE, | Case No. 1:16-cv-1004 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Stephanie K. Bowman |
| vs. | |
| COMMISSIONER OF SOCIALSECURITY, | |
| Defendant. | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 20)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on May 3, 2018, submitted a Report and Recommendation. (Doc. 20). As the Magistrate Judge recommends that this Court grant the parties' jointly-filed motion, no objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly, **IT IS ORDERED** as follows:

1) The parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act (Doc. 19) is **GRANTED**;

2) Plaintiff is awarded EAJA fees of $2,850.00 and costs of $400.00 for a total award of $3,250.00.

   **IT IS SO ORDERED**.

Date:  May 7, 2018                               *s/   Timothy S. Black*
                                                 Timothy S. Black
                                                 United States District Judge