# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| COURTNEY MALONE, | Case No. 1:16-cv-1004 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Stephanie K. Bowman |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 29)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on September 29, 2020, submitted a Report and Recommendation. (Doc. 29). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation (Doc. 29) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Plaintiff's unopposed motion for attorney's fees (Doc. 26) is **GRANTED** as the requested fee is within the 25% statutory cap on fee awards and is otherwise reasonable.

2) Plaintiff's counsel **SHALL** be awarded the additional net fee of $556.50 under 42 U.S.C. § 406(b).

3) Plaintiff's fourth motion for extension of time (Doc. 25) is **DENIED as moot.**

**IT IS SO ORDERED.**

Date:   10/14/2020                                                       *s/Timothy S. Black*
                                                                                          Timothy S. Black
                                                                                          United States District Judge